ANNA LOZIER, PLAINTIFF, v. THE DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, A COR-
PORATION, AND EDWIN L. SMITH, DEFENDANTS.

Argued January 7, 1925—Decided October, 1925.

**Negligence—Plaintiff Injured While Boarding Train—All Evi-
dence Tended to Show Train Was Already Moving, That She
Had Been Warned Not to Attempt to Go Aboard—Judg-
ment Evidently Against Weight of Evidence.**

On defendants' rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER
and KATZENBACH.

For the plaintiff, *Weinberger & Weinberger.*

For the defendants, *Frederic B. Scott.*

PER CURIAM.

Plaintiff was an intending passenger on a train of the
defendant company, and attempted to board a train for New
York at the Passaic avenue station of the defendant company.
In so doing, she fell between the cars and one of her legs
was crushed, necessitating amputation above the knee. She
sued for damages, alleging negligence of the defendant com-
pany, and the jury awarded her a verdict, which is now be-
fore us for review on this rule.

For the defendant it is claimed that the verdict was against
the weight of evidence, and, after a careful examination of
the testimony in this case, we conclude without hesitation
that this claim is correct. As we read the case, the great
weight of the evidence shows, without any reasonable ques-
tion, that this plaintiff was late for the train; that it was
in the station as she reached the platform, and had already
started when she attempted to board it. The testimony of

more than one witness tends to show that she was warned from two or three quarters not to make the attempt; that she missed the front platform of the last passenger car, and attempted to board at the rear platform, and was caught and thrown at that time. Whether this be the precise situation or not is immaterial, because we are satisfied from all the evidence that the train was moving when the plaintiff attempted to board it, and, of course, under those circumstances, she should not be entitled to recover.

The rule to show cause will be made absolute.